1082

No. 76–744.  BENNETT v. THOMSON ET AL.  Appeal from Sup. Ct. N. H. dismissed for want of substantial federal question.

No. 76–819.  REGAN, COUNTY EXECUTIVE OF ERIE COUNTY, ET AL. v. TOIA, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL.  Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 76–857.  FRAZIER v. ALUM CREST ET AL.  Appeal from Ct. App. Ohio, Franklin County, dismissed for want of substantial federal question.

No. 76–868.  JAMES v. ILLINOIS.  Appeal from App. Ct. Ill., 2d Dist., dismissed for want of substantial federal question.

No. 76–805.  BUGG ET AL. v. MARYLAND TRANSPORTATION AUTHORITY ET AL.  Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–821.  EDWARDS ET UX. v. SUBURBAN TRUST Co.  Appeal from Ct. App. N. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–823.  SPARTAN ELECTRICAL CONSTRUCTION Co., INC. v. ENVIRONMENTAL PROTECTION AGENCY ET AL.  Appeal from C. A. 3d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.